**Order filed December 18, 2013**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-13-00144-CR
_____

### HERMILO MORALEZ, Appellant

### V.

### THE STATE OF TEXAS, Appellee

**On Appeal from the 300th District Court
Brazoria County, Texas
Trial Court Cause No. 63639**

## ORDER

On December 4, 2013, appellant's brief was filed accompanied by a motion to exceed the word limit. *See* Tex. R. App. P. 9.4(i)(2)(B). A response was requested and the State filed a response on December 9, 2013.

The motion is DENIED. Accordingly, appellant's brief is stricken and the court orders appellant to file a brief that meets the requirements of Tex. R. App. P. 9.4(i)(2)(B) on or before **January 17, 2014.**

PER CURIAM

Panel consists of Justices McCally, Busby and Donovan.